IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01483-RM-MJW

CANDICE ZAMORA BRIDGERS,

Plaintiff,

v.

CITY OF COLORADO SPRINGS, by and through its CITY COUNCIL, the governing body for the City of Colorado Springs,
KARA SKINNER, Chief Financial Officer for the City of Colorado Springs,
MICHAEL SULLIVAN, Human Resources Director, and
JOHN DOES 1-3,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 42) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 42-1) is APPROVED as amended in paragraph 9 and made an Order of Court.

Date: November 6, 2014