IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01483-RM-MJW

CANDICE ZAMORA BRIDGERS,

Plaintiff,

v.

CITY OF COLORADO SPRINGS, by and through its CITY COUNCIL, the governing body for the City of Colorado Springs,
KARA SKINNER, Chief Financial Officer for the City of Colorado Springs,
MICHAEL SULLIVAN, Human Resources Director, and
JOHN DOES 1-3,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Motion to Allow Response to Defendants' Motion to Partially Dismiss in Excess of the Presumptive Page Limitation (Docket No. 72) is GRANTED.  The responses that has been filed (Docket No. 69) is accepted for filing.

- Defendants' Motion to Strike Plaintiff's Response to Defendants' Partial Motion to Dismiss First Amended Complaint and Jury Demand (Docket No. 71) is DENIED.

- Defendants, if they choose to file a Reply in support of their motion to dismiss, may have up to and including February 23, 2015 to do so, and may use up to 33 pages in their Reply.

Date: January 27, 2015