IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01483-RM-MJW

CANDICE ZAMORA BRIDGERS,

Plaintiff,

v.

CITY OF COLORADO SPRINGS, by and through its CITY COUNCIL, the governing body for the City of Colorado Springs,
KARA SKINNER, Chief Financial Officer for the City of Colorado Springs,
MICHAEL SULLIVAN, Human Resources Director, and
JOHN DOES 1-3,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Vacate Show Cause Hearing (Docket No. 82) is GRANTED.  The Show Cause Hearing is VACATED and RE-SET for April 29, 2015, at 11:00 p.m.

Date: March 30, 2015