IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14–cv–01483–RM–MJW

CANDICE ZAMORA BRIDGERS,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, by and through its City Counsel, the governing body for the City of Colorado Springs,
KARA SKINNER, Chief Financial Officer for the City of Colorado Springs,
MICHAEL SULLIVAN, Human Resources Director, and
JOHN DOES 1-3,

    Defendants.

_____

**ORDER DISMISSING JOHN DOES 1-3**
_____

This matter is before the Court on Plaintiff's Unopposed Motion to Dismiss John Does 1-3 (ECF No. 93), filed pursuant to Fed. R. Civ. P. 41(a).  Upon consideration of the Motion, and being otherwise fully advised, it is

ORDERED that Plaintiff's Unopposed Motion to Dismiss John Does 1-3 (ECF No. 93) is GRANTED and Defendants John Does 1-3 are dismissed from this case; and

FURTHER ORDERED that the names of Defendants John Does 1-3 shall be removed from the caption of this action in all future filings with the court.

DATED this 29th day of April, 2015.

                                          BY THE COURT:

                                          RAYMOND P. MOORE
                                          United States District Judge