IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14–cv–01483–RM–MJW

CANDICE ZAMORA BRIDGERS,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, by and through its City Counsel, the governing body for the City of Colorado Springs,
KARA SKINNER, Chief Financial Officer for the City of Colorado Springs, and
MICHAEL SULLIVAN, Human Resources Director,

    Defendants.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

This matter is before the Court on Plaintiff's Motion to Dismiss with Prejudice ("Motion") (ECF No. 104). Upon consideration of the Motion, the Notice of Settlement (ECF No. 99), and the Unopposed Motion For Extension of Time to File Dismissal Papers (ECF No. 101), and being otherwise fully advised, pursuant to Fed. R. Civ. P. 41(a) it is

ORDERED that Plaintiff's Motion to Dismiss with Prejudice (ECF No. 104) is GRANTED and this case is dismissed with prejudice with each side to pay her, his or its own costs and attorney fees.

DATED this 27th day of July, 2015.

                                                BY THE COURT:

                                                _____
                                                RAYMOND P. MOORE
                                                United States District Judge